IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

TYRONE B. GREEN,

    Plaintiff,

v.

WARDEN AARON PINEIRO, *et al.*,

    Defendants.

CIVIL ACTION NO.: 4:23-cv-199

**O R D E R**

After a careful de novo review of the entire record, the Court concurs with the Magistrate Judge's July 24, 2023, Report and Recommendation, (doc. 4), to which plaintiff has not filed an objection. The Court **ADOPTS** the Report and Recommendation as its opinion. Plaintiff's Motion to Proceed *In Forma Pauperis*, (doc. 2), is **DENIED**, and his Complaint is **DISMISSED**. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

    **SO ORDERED**, this 7th day of September, 2023.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA